1  McGREGOR W. SCOTT
   United States Attorney
2  AMANDA BECK
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

**FILED**

APR 1 9 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
        DEPUTY CLERK

8            IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 10  IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA 11  FOR TRACKING WARRANTS CONCERNING: 12 | [PROPOSED] ORDER TO UNSEAL TRACKING WARRANTS, TRACKING WARRANTS APPLICATION AND AFFIDAVITS |
| 13  A Black Jeep Grand Cherokee, with license plate 5SBE399 14 | |
| A Red Ford Ranger, with license plate 7X37790 15 | 2:18-SW-0972 KJN 2:18-SW-1001 AC |
| A Black Jeep Grand Cherokee, with license 16  plate 5SBE399 | 2:18-SW-1283 DB |
| 17  A Black Jeep Grand Cherokee, with license plate 5SBE399 18 | 2:19-SW-0053 EFB |
| A Black Jeep Grand Cherokee, with license 19  plate 5SBE399 | 2:19-SW-0166 AC |

20

21

22       Upon application of the United States of America and good cause having been shown,

23       IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, hereby

24  ordered unsealed.

25

26  Dated:  Apl 18, 2019

27                                        The Honorable Kendall J. Newman
                                          UNITED STATES MAGISTRATE JUDGE
28

ORDER TO REQUEST TO UNSEAL SEARCH        1
WARRANTS AND SEARCH WARRANT
AFFIDAVITS